UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KATZAKIAN, et al., | CASE NO. CV F 10-0836 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| DATA-CENTRAL COLLECTION BUREAU, LLC | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 13, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety. Plaintiff requests the Court set the date for filing dispositive documents out 60 days, but does not provide good cause for the delay.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 11, 2010**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE