# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID KATZAKIAN AND SUSAN KATZAKIAN,**

Plaintiff,

vs.

**DATA-CENTRAL COLLECTION BUREAU, LLC,**

Defendant.

) Case No. 1:10-CV-00836-LJO-SKO
)
) **ORDER**

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 7th day of September, 2010.

\_\_\_/s/ Lawrence J. O'Neill_____
The Honorable Lawrence J. O'Neill